

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2024

No. 04-24-00203-CR

Robert G. **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR4663
Honorable Michael E. Mery, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 5, 2024.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2024.

Luz Estrada, Chief Deputy Clerk